# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2026

**VIA ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

The arraignment is adjourned to
January 27, 2026 at 10:00 a.m.

Re:   **United States v. Kevin Straub**
      **26 Cr. 0008-GBD-2**
      **Request to Reschedule Arraignment** JAN 2 2 2026   *George B. Daniels*

Dear Judge Daniels,

With the consent of the government, I write to request that the Court reschedule Kevin Straub's arraignment due to a scheduling error on my part. The parties are available Wednesday, January 28, 2026, after 12:00PM, and Tuesday, January 27, 2026, before 12:00PM.

If the Court is unavailable during those periods, I will confer with the government to suggest additional dates.

Thank you for your consideration.

Respectfully submitted,
/s/
Michael Rooney
Attorney for Mr. Straub
917-565-1094