# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 14, 2026

*By ECF*

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APR 1 5 2026**

SO ORDERED

The April 21, 2026 conference is adjourned
to May 19, 2026 at 10:00 a.m.

*George B. Daniels*

HON.

Re:     *United States v. Kim, et al.*, 26 Cr. 8 (GBD)

Dear Judge Daniels:

I represent Kevin Straub, and write on consent (Assistant U.S. Attorney Nicholas Pavlis and Richard Ma, Esq.) to respectfully request that the Court adjourn the conference currently scheduled for April 21, 2026 for a period of around 30 days. Specifically, the parties request a date between May 19 and May 22, 2026, or another date convenient for the Court.

The requested adjournment will allow me to get up to speed in this case, as I recently took it over from my colleague at the Federal Defenders who has now left the office. As noted above, both the Government and Mr. Ma, counsel for Mr. Straub's co-defendant, Andrew Kim, consent to the request.

If the Court grants the request, I further move for time to be excluded under the Speedy Trial Act so that I can review the case file, meet with my client, and otherwise familiarize myself with the case. Both the Government and Mr. Ma consent to the exclusion of time.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc.     All counsel of record, by ECF