Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 10, 2026

*By ECF*

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

George B. Daniels

**George B. Daniels, U.S.D.J.**

**Dated:** SEP 1 4 2026

Re: *United States v. Kevin Straub*, 26 Cr. 08 (GBD)

Dear Judge Daniels:

I write on consent (Senior U.S. Probation Officer Avimael Aponte) to respectfully request that the Court permit Mr. Straub to travel to Massachusetts to celebrate his sister's wedding between September 23 and September 26, 2026. The Government – per Assistant U.S. Attorney Nicholas Pavlis – takes no position on the request.

Kevin Straub was arrested on October 15, 2025 and released on conditions including home detention with electronic monitoring. On July 8, 2026, the Court reduced the level of supervision from "home detention" to "curfew." Mr. Straub has been wholly compliant with all the conditions of his release. He lives at home with his parents in Connecticut, and is working full time.

Kevin's sister is getting married in Quincy, Massachusetts. The wedding and associated activities are going to be held there between September 23 and September 26, 2026. Accordingly, I respectfully request that the Court permit Mr. Straub to celebrate the wedding with his family, which will require two temporary bail modifications: (1) allowing Mr. Straub to travel to and from Massachusetts, and (2) suspending the condition of "curfew" for the duration of the trip.

Respectfully submitted,

/s/

Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc: Nicholas Pavlis, Esq., ECF
Avimael Aponte, Sr. U.S. Probation Officer