Case 1:26-cr-00008-GBD Document 42 Filed 10/05/26 Page 1 of 1

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 5, 2026

*By ECF*

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The conference scheduled for October 14, 2026 is hereby adjourned to December 3, 2026 at 10:00 a.m.
Time is exclused under the Speedy Trial Act to December 3, 2026.

OCT 0 5 2026

George B. Daniels

Re: *United States v. Kevin Straub*, 26 Cr. 8 (GBD)

Dear Judge Daniels:

I write on consent (Assistant U.S. Attorney Nicholas Pavlis) to respectfully request that the Court adjourn the conference currently scheduled for October 14, 2026 at 10:00 a.m. for a period of 45 days. The parties are actively discussing a disposition of this matter, and the requested adjournment will allow time for the parties to complete those discussions.

If the Court grants the request, I further move (on consent) for time to be excluded under the Speedy Trial Act to allow the parties additional time to negotiate an agreed-upon disposition.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc. All counsel of record, by ECF