Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2026

*By ECF*

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:
George B. Daniels, U.S.D.J.
Dated: NOV 05 2026

Re: *United States v. Kevin Straub*, 26 Cr. 08 (GBD)

Dear Judge Daniels:

I write on consent (Senior U.S. Probation Officer Avimael Aponte) to respectfully request that the Court modify the conditions of Mr. Straub's bail by terminating the condition of location monitoring. The Government – per Assistant U.S. Attorney Nicholas Pavlis – takes no position on the request.

Under the Bail Reform Act, a court must release an individual on the least restrictive conditions that will reasonably assure the appearance of the person and the safety of the community. 18 U.S.C. § 3142(c)(B). A court may "at any time amend the order to impose additional or different conditions of release." *Id.* at § 3142(c)(3).

Kevin Straub was arrested on October 15, 2025, pursuant to a complaint charging several offenses, including firearms trafficking, in violation of 18 U.S.C. § 922(a)(1)(A), and narcotics trafficking, in violation of 18 U.S.C. § 841(b)(1)(B). He was presented before Magistrate Judge Wang, and released on conditions including home detention with electronic monitoring. On July 28, 2026, the Court reduced the level of supervision from home detention to curfew.

Mr. Straub has been under pretrial supervision for over one year, and has demonstrated that the condition of location monitoring is now more restrictive than necessary. Mr. Straub has been wholly compliant with all the conditions of his release. He lives at home with his parents in Connecticut, and works full time. Indeed, the removal of the location-monitoring condition will expand his employment opportunities.

Given Mr. Straub's exemplary conduct, I respectfully request that the Court modify the conditions of release by terminating the condition of location monitoring. As noted, Pretrial Services consents to the modification, and the Government takes no position.

Re: *United States v. Kevin Straub*, 26 Cr. 08 (GBD)

Respectfully submitted,

/s/

Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc: Nicholas Pavlis, Esq., ECF
Avimael Aponte, Sr. U.S. Probation Officer